```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 38730
   CLEESTER M WARD
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4666


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 09/20/2005 and was confirmed 11/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  57.89% from remaining funds.

     The case was dismissed after confirmation 02/27/2008.
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
JEFFERSON CAPITAL SYSTEM  UNSECURED         413.25          .00          155.63
FIRST CONSUMERS NATIONAL  UNSECURED        1250.66          .00          470.96
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED          .00             .00
ARIZONA MILA ORDER CO     UNSECURED      NOT FILED          .00             .00
AT&T UNIVERSAL CARD       UNSECURED      NOT FILED          .00             .00
AXSYS NATIONAL BANK       UNSECURED      NOT FILED          .00             .00
AXSYS NATIONAL BANK       NOTICE ONLY    NOT FILED          .00             .00
BANKFIRST                 UNSECURED      NOT FILED          .00             .00
BANK FIRST                NOTICE ONLY    NOT FILED          .00             .00
BP/CITI                   UNSECURED      NOT FILED          .00             .00
BP/CITI                   NOTICE ONLY    NOT FILED          .00             .00
DAIMLERCHRYSLER SERV OF   UNSECURED       22185.07          .00         8354.30
CFS DEFICIENCY RECOVERY   NOTICE ONLY    NOT FILED          .00             .00
I C COLLECTION SERVICE    NOTICE ONLY    NOT FILED          .00             .00
CITIFINANCIAL             UNSECURED      NOT FILED          .00             .00
CITIBANK                  NOTICE ONLY    NOT FILED          .00             .00
NCO FINANCIAL SYSTEMS IN  NOTICE ONLY    NOT FILED          .00             .00
CITICORP MORTGAGE         UNSECURED      NOT FILED          .00             .00
ROUNDUP FUNDING LLC       UNSECURED        1396.03          .00          525.68
DIRECT MERCHANTS BANK     UNSECURED      NOT FILED          .00             .00
ARROW FINANCIAL SERVICES  NOTICE ONLY    NOT FILED          .00             .00
DIRECT REWARDS            NOTICE ONLY    NOT FILED          .00             .00
FINGERHUT                 UNSECURED      NOT FILED          .00             .00
FINGERHUT                 NOTICE ONLY    NOT FILED          .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         412.74          .00          155.44
FCNB PREFERRED CHARGE     UNSECURED      NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC  NOTICE ONLY    NOT FILED          .00             .00
ROUNDUP FUNDING LLC       UNSECURED         650.55          .00          244.97
FIRST PREMIER CREDIT      UNSECURED      NOT FILED          .00             .00
ARROW FINANCIAL SERVICES  NOTICE ONLY    NOT FILED          .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         761.81          .00          286.87
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY    NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 38730 CLEESTER M WARD
```

```
JEFFERSON CAPITAL SYSTEM UNSECURED          914.43              .00        344.34
MIDLAND MORTGAGE         NOTICE ONLY   NOT FILED                .00           .00
ORCHARD BANK             UNSECURED     NOT FILED                .00           .00
JK HARRIS & COMPANY      UNSECURED     NOT FILED                .00           .00
MAPLE STREET MERCHANT    UNSECURED     NOT FILED                .00           .00
NEWPORT NEWS             UNSECURED     NOT FILED                .00           .00
ORCHARD BANK             UNSECURED     NOT FILED                .00           .00
PROVIDIAN                UNSECURED     NOT FILED                .00           .00
PALISADES                NOTICE ONLY   NOT FILED                .00           .00
RESURGENCE FINANCIAL LLC UNSECURED         2512.20              .00        946.03
KAPLAN & CHAET           NOTICE ONLY   NOT FILED                .00           .00
CITIBANK                 NOTICE ONLY   NOT FILED                .00           .00
SEVENTH AVENUE           UNSECURED     NOT FILED                .00           .00
T MOBILE                 UNSECURED         1443.65              .00        543.65
SUPERIOR ASSET MANAGEMEN NOTICE ONLY   NOT FILED                .00           .00
TARGET NATIONAL BANK     UNSECURED     NOT FILED                .00           .00
TARGET                   NOTICE ONLY   NOT FILED                .00           .00
INTERNAL REVENUE SERVICE SECURED NOT I   18293.80               .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED          966.65              .00        364.01
B-LINE LLC               UNSECURED         6520.60              .00       2455.48
ALPINE CAPITAL INVESTMEN UNSECURED         1431.17              .00        538.94
LEDFORD & WU             DEBTOR ATTY      2,300.00                        2,300.00
TOM VAUGHN               TRUSTEE                                          1,064.70
DEBTOR REFUND            REFUND                                                .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                   RECEIPTS                 DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              18,751.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       15,386.30
ADMINISTRATIVE                                   2,300.00
TRUSTEE COMPENSATION                             1,064.70
DEBTOR REFUND                                         .00
                   ---------------         ---------------
TOTALS               18,751.00                  18,751.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE